IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Loring, Maria A

Printed: 10/29/08

Case Number: 07 B 03819
Judge: Wedoff, Eugene R
Filed: 3/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 18, 2008
Confirmed: May 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,757.68 |  |
| Secured: |  | 1,125.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 533.20 |
| Trustee Fee: |  | 99.48 |
| Other Funds: |  | 0.00 |
| Totals: | 1,757.68 | 1,757.68 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,504.00 | 533.20 |
| 2. | Bridgeview Auto Sales | Secured | 4,412.80 | 1,125.00 |
| 3. | Illinois Student Assistance Commission | Unsecured | 542.51 | 0.00 |
| 4. | Capital One | Unsecured | 210.49 | 0.00 |
| 5. | World Financial Network Nat'l | Unsecured | 17.52 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 48.98 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 627.00 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 1.48 | 0.00 |
| 9. | Midland Credit Management | Unsecured | 13.44 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 55.14 | 0.00 |
| 12. | Evergreen Park C. U. | Unsecured |  | No Claim Filed |
| 13. | Metropolitan Auto | Unsecured |  | No Claim Filed |
| 14. | HSBC | Unsecured |  | No Claim Filed |
| 15. | Park Dansan | Unsecured |  | No Claim Filed |
| 16. | Sallie Mae | Unsecured |  | No Claim Filed |
| 17. | Southwest Credit Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 8,433.36 | $ 1,658.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 72.42 |
| 6.5% | 27.06 |
|  | $ 99.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Loring, Maria A | Case Number:  07 B 03819 |
| | Judge:  Wedoff, Eugene R |
| Printed: 10/29/08 | Filed:  3/5/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                       Marilyn O. Marshall, Trustee, by:

